# ATTACHMENT A:

## Declaration of Karin Kimura

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, *et. al*,<br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>Respondent. | No. 26-4704 |

**DECLARATION OF KARIN KIMURA**
**IN SUPPORT OF HAWAIIAN ELECTRIC COMPANY, INC; HAWAI‘I ELECTRIC LIGHT COMPANY, INC.; AND MAUI ELECTRIC COMPANY, LIMITED’S MOTION FOR LEAVE TO INTERVENE**

I, Karin Kimura, declare:

1. I am a resident of Hawai‘i. I am over the age of twenty-one years old and have personal knowledge of the statements made herein. This declaration is made in support of Hawaiian Electric Company, Inc.; Hawai‘i Electric Light Company, Inc.; and Maui Electric Company, Limited’s (collectively, “Hawaiian Electric”) Motion for Leave to Intervene as Respondents.

2. I am the Director of the Environmental Division at Hawaiian Electric Company, Inc. My place of business is at the company’s headquarters located at 1099 Alakea Street, Suite 2200, Honolulu, Hawai‘i 96813. In this position, I direct a staff of qualified professionals who perform environmental-related tasks for the company.

**Background on Hawaiian Electric’s Operations**

3. Hawaiian Electric has been serving Hawai‘i customers since 1891. Today, we serve 95 percent of Hawai‘i’s 1.4 million residents on the islands of O‘ahu, Maui, Hawai‘i, Lāna‘i and Moloka‘i. Hawaiian Electric is committed to empowering its customers and communities with safe, reliable, resilient, affordable, clean energy.

4. Hawai‘i faces unique challenges due to the fact the state consists of a series of isolated islands each operating with its own limited grid. Hawai‘i’s grids each have no interconnections to the other grids, meaning that a grid disruption or

reliability challenge on one island cannot be alleviated by reliance on the other islands' grids, leading to potentially outsized impacts from a single disruption.

5. Hawaiian Electric generates electricity at stations across Hawai‘i that it owns or operates, including the Kanoelehua-Hill Power Plant, a 34.7 megawatt ("MW") oil-fired generating station on Hawai‘i Island; Puna Power Plant, a 36.7 MW geothermal generating station on Hawai‘i Island; Kahului Power Plant, a 37.6 MW oil-fired generating station on Maui Island; and Maalaea Power Plant, a 212.1 MW oil-fired generating station on Maui Island. The company's firm generating capacity totals 2,070 MW across O‘ahu, Maui, Hawai‘i, Lāna‘i, and Moloka‘i.

6. In 2015, Hawai‘i became the first state to direct its utilities to generate 100% of their electricity from renewable energy sources by 2045. In response to this state-wide directive, Hawaiian Electric has undertaken a resource planning process to expand its renewable energy generation capacity and reduce electricity-sector greenhouse gas emissions in 2030 by 70% compared to 2005 levels. Since 2010, Hawaiian Electric has nearly tripled its renewable energy generation capacity. As of 2025, 36.8% of the company's generation comes from renewable energy sources.

7. In 2023, Hawaiian Electric prepared and submitted to the Hawai‘i Public Utilities Commission an Integrated Grid Plan outlining a pathway towards decarbonizing the electric grid consistent with the State's goals. *See* Integrated Grid Plan (May 12, 2023), available at: https://hawaiipowered.com/igp/. This plan

targeted the retirement of two boilers at Kanoelehua-Hill, four boilers at Kahului, and four diesel engine generators at Maalaea in 2027, as well as a further nine generators at Maalaea in 2030 consistent with existing requirements incorporated in the Title V permits for these facilities. Hawaiian Electric submits annual updates to the Integrated Grid Plan to the Hawai‘i Public Utilities Commission.

8. To procure replacement capacity for these retiring units, Hawaiian Electric planned for the addition of 2,404 MW of renewable generating capacity by 2030. *See id.* Section 1.5.3.

9. Between December 2023 and January 2024, Hawaiian Electric selected 16 renewable energy projects through its Request for Proposal (“RFP”) process and began negotiations to produce long-term contracts for approximately 517 MW of variable generation, 694 MW of firm generation, and 2.1 gigawatt-hours (“GWh”) of storage. *See* 2024 Action Plan Update (Jul. 3, 2024), available at: https://hawaiipowered.com/igp/IGP_Action_Plan_Annual_Update_2024-06-24.pdf.

10. In its most recent annual update to its Integrated Grid Plan, Hawaiian Electric revised its retirement timeline for fossil fuel-based generation resources consistent with revised Title V permit requirements for these facilities. *See* 2026 Action Plan Update (Jul. 8, 2026), available at: https://hawaiipowered.com/igp/2026-0001_2026-06-

30_IGP_Action_Plan_2026_Annual_Update.pdf. The plan calls for Hawaiian Electric to retire two boilers at Kanoelehua-Hill in 2028, one boiler at Kahului in 2027 and three further boilers in 2028, and five diesel engine generators at Maalaea between 2030 and 2037. *See id.*

**Hawai'i's Development of the 2024 Regional Haze SIP**

11. Hawaiian Electric provided information to the Hawai'i Department of Health ("DOH" or "the Department") to support its evaluation of control technologies for emissions sources at its Kanoelehua-Hill, Puna, Kahului, and Maalaea facilities as part of the Department's development of Hawai'i's 2024 Regional Haze State Implementation Plan ("SIP") for the second planning period ("2024 Regional Haze SIP"). Hawaiian Electric evaluated control technologies, estimated the cost of different control options, and assessed visibility improvements associated with those control technologies.

12. DOH initially selected various controls, including fuel switch to ultra-low sulfur diesel with 0.0015% sulfur, selective catalytic reduction ("SCR") plus combustion controls, and fuel ignition timing retard, as appropriate reasonable progress controls for certain units at these facilities. Based on the excessive costs of these control requirements, Hawaiian Electric instead agreed to enforceable shutdown deadlines for certain units. DOH ultimately imposed closure requirements for two boilers at Kanoelehua-Hill Power Plant by December 31, 2028; four boilers

at Kahului Power Plant by December 31, 2028; and installation of SCR controls or closure of five diesel engine generators at Maalaea Power Plant between December 31, 2030, and December 31, 2037.

13. The Company initially agreed in 2021 to closure requirements as DOH was developing the 2022 SIP submittal that pre-dated the 2024 Regional Haze SIP, based on available information regarding the projected availability of planned replacement generation capacity at the time. The 2022 SIP submittal required shutdown of the boilers in 2027.

**Delays/ Cancellations Impacting Resource Adequacy**

14. After Hawaiian Electric initially agreed in 2021 to shutdown dates, supply chain issues continuously delayed anticipated operation dates for renewable projects intended to provide replacement power for the retiring boilers, calling into the question the availability of this power in time for the planned shutdown of the boilers in 2027.

15. Since DOH began preparing its 2024 Regional Haze SIP, there have been significant new developments impeding Hawaiian Electric's ability to retire its units in line with the State's long-term strategy, including significant replacement project cancellations and delays.

16. 115 MW of planned generation have been canceled on Hawaiʻi Island, and 20 MW of planned generation have been canceled on Maui that were originally

selected to provide reliable replacement generation capacity as part of Hawaiian Electric's RFP process.

17. In addition, multiple solar projects slated for submission for approval to the Hawaiʻi Public Utilities Commission in 2024, with projected online dates of 2026 to 2030, have had to be renegotiated due to cost increases and tariff-driven supply issues, extending the Guaranteed Commercial Operation Dates ("GCOD").

18. As of April 2026, Hawaiian Electric has five projects originally planned for submission to the Hawaiʻi Public Utilities Commission in 2024 that are in renegotiation with revised submission in 2026.

19. As a result of delays and withdrawals for these projects, grid reliability will be at risk in 2029 if the source closure requirements in the 2024 Regional Haze SIP remain in place for Hawaiian Electric's Kanoelehua-Hill and Kahului boilers. *See Adequacy of Supply Report* (January 30, 2025), https://puc.hawaii.gov/reports/energyreports/adequacy-of-supply/ (Reports of Hawaiʻi Electric Light Company, Inc. and Maui Electric Company Ltd.).

**Outreach to State and EPA**

20. When initial replacement generation project delays became apparent, the Company reached out to DOH to discuss potential resource adequacy impacts. The Company submitted information about recent supply chain issues delaying anticipated operation dates for renewable projects to the Department via letter on

July 22, 2022, during a meeting on August 5, 2022, and again in writing on August 11, 2022, and December 2, 2022. These communications requested the extension of the boiler shutdown deadlines from 2027 to 2028.

21. In May 2024, Hawaiian Electric informed the Department that expected projects had been cancelled and that the relative pace at which new renewable generation was coming online had significantly slowed down, such that shutdown of the boilers in 2028 may no longer be feasible. Nevertheless, in August 2024, DOH submitted the 2024 Regional Haze SIP to the U.S. Environmental Protection Agency ("EPA") with shutdown of the boilers required in 2028.

22. Subsequently, in October 2024, Hawaiian Electric requested that the SIP include a contingency period extending past 2028 to account for delays in renewable projects that could result in generation shortfalls or reliability issues leading to rolling outages. The request was denied by DOH in November 2024, with DOH stating it was unable to revise the SIP due to the time required to prepare an updated analysis and for EPA to complete its review, but that it understood the need to assure reliability, and encouraged further discussion as well as exploration of alternative contingency measures.

23. In response to ongoing efforts to monitor further developments in project delays and associated potential reliability and resource adequacy impacts, Hawaiian Electric determined that the source closure deadlines in Hawai‘i's 2024

Regional Haze SIP would no longer be feasible and might interfere with long-term resource adequacy and reliability. Additionally, installation of controls by their respective deadlines for diesel engine generators at Maalaea Power Plant in lieu of shutdown is not feasible due to the excessive costs of alternative SCR controls.

24. On June 27, 2025, Hawaiian Electric met with DOH, requesting that the Department prepare and submit a SIP supplement to reflect these recent developments and revise the control and shutdown requirements for Hawaiian Electric's units. Subsequently, on July 3, 2025, Hawaiian Electric submitted a letter to the Department, reiterating its request for a SIP supplement and providing further information related to "the extreme effects that the current SIP requirements could have on system reliability on Hawaii Island and Maui."

25. On July 9, 2025, Hawaiian Electric met with EPA's Office of Air and Radiation to explain its concern that the unit retirement dates in Hawai'i's 2024 Regional Haze SIP may not allow for enough time to successfully procure and place in service replacement projects needed to maintain grid reliability and integrity. EPA met with EPA Region IX regarding the same topic on August 25, 2025.

26. On August 29, 2025, Hawaiian Electric submitted a letter to EPA providing additional information regarding anticipated reliability issues, explaining that "retirement of the generating units as required by the SIP deadlines will create

higher probability of energy reserve margin shortfalls that increase risk to reliability."

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge.

Executed this 21st day of August, 2026.

Karin Kimura
Director, Environmental Division
Hawaiian Electric Company, Inc.