UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL PARKS CONSERVATION ASSOCIATION; et al.,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent,

---------------------------------------

HAWAIIAN ELECTRIC COMPANY, INC.,

Intervenor - Pending.

No. 26-4704

Agency No. EPA–R09–OAR–2025–0152
Environmental Protection Agency

ORDER

STATE OF HAWAII,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent,

---------------------------------------

HAWAIIAN ELECTRIC COMPANY, INC.; et al.,

Intervenors - Pending.

No. 26-4688

Agency No. EPA–R09–OAR–2025–0152
Environmental Protection Agency

These appeals are consolidated.

The briefing schedule for these consolidated appeals is amended as follows: the opening brief is due November 13, 2026; the answering brief is due January 29, 2027; the optional reply brief is due March 5, 2027.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator