UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF HAWAII,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent,

HAWAIIAN ELECTRIC COMPANY, INC.; et al.,

Intervenors.

No. 26-4688

Agency No.
EPA–R09–OAR–2025–0152
Environmental Protection Agency

ORDER

NATIONAL PARKS CONSERVATION ASSOCIATION; et al.,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Respondent,

HAWAIIAN ELECTRIC COMPANY, INC.,

Intervenor.

No. 26-4704

Agency No.
EPA–R09–OAR–2025–0152
Environmental Protection Agency

The motions (Docket Entry No. 10 in 26-4688; Docket Entry No. 11 in No. 26-4704) to intervene are granted.

The opening briefs are due November 13, 2026. The answering brief is due January 29, 2027. The intervenors' brief is due February 19, 2027. The optional reply briefs are due 21 days after the intervenors' brief is filed.

In light of the modified briefing schedule, no streamlined extensions of time to file briefs will be approved. Any written motions for extensions of time to file briefs under Ninth Circuit Rule 31-2.2(b) must include a proposed briefing schedule and state whether any separately represented party objects.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT