**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF HAWAI‘I,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*,<br><br>and<br><br>HAWAIIAN ELECTRIC COMPANY, INC., et al.,<br><br>*Intervenors*. | Case No. 26-4688 (consolidated with No. 26-4704) |

**EPA'S NOTICE OF FILING CORRECTED CERTIFIED LIST**
**OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Respondents in these consolidated cases (together "EPA") hereby submit the attached corrected certified list of the contents of the administrative record relating to Petitioners' challenges to EPA's final rule titled "Partial Approval and Partial Disapproval of Air Quality Implementation Plans; Hawaii; Regional Haze State Implementation Plan for the Second Implementation Period." 91 Fed. Reg. 31941 (May 29, 2026).

DATE: November 6, 2026 Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ Christine Ennis
CHRISTINE W. ENNIS
U.S. Department of Justice, ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7342
christine.ennis@usdoj.gov

*Counsel for Respondents*

*Of Counsel*:

YASMIN PEREZ ORTIZ
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

CHARLOTTE WITHEY
U.S. Environmental Protection Agency
Office of Regional Counsel – Region 9
San Francisco, CA

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

STATE OF HAWAI‘I,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*,

and

HAWAIIAN ELECTRIC COMPANY, INC., et al.,

*Intervenors*.

Case No. 26-4688 (consolidated with No. 26-4704)

**CERTIFIED LIST OF DOCUMENTS COMPRISING THE RECORD**

I, Anita Lee, am the Director of the Air and Radiation Division, United States Environmental Protection Agency (“EPA”), Region IX.

On September 4, 2026, I certified, to the best of my knowledge, that the documents listed in the index attached to that certification comprised the administrative record of the EPA’s final action under the Clean Air Act, 42 U.S.C. § 7401 *et seq*., entitled “Partial Approval and Partial Disapproval of Air Quality Implementation Plans; Hawaii; Regional Haze State Implementation Plan for the Second Implementation Period.” The final rule was published at 91 Fed. Reg. 31,941 (May 29, 2026). The document ID numbers for the documents listed in that index correspond to those in the public docket for this action, Docket ID No. EPA-R09-OAR-2025-0152, which can be accessed at www.regulations.gov.

Since then, I have become aware that the previously filed certified index inadvertently

omitted five documents that are part of the administrative record: exhibits 33–37 to the comment submitted by National Parks Conservation Association *et al.*, which are included in the public docket under Document ID EPA-R09-OAR-2025-0152-0015. The attached amended index remedies that omission.

ANITA LEE Digitally signed by ANITA LEE
Date: 2026.11.06
12:01:33 -08'00'

Anita Lee
Director, Air and Radiation Division
EPA Region IX

**Certified List of Documents Comprising the Administrative Record for EPA's Final Action Entitled "Partial Approval and Partial Disapproval of Air Quality Implementation Plans; Hawaii; Regional Haze State Implementation Plan for the Second Implementation Period" (May 29, 2026).**
**[Docket No. EPA-R09-OAR-2025-0152]**

| Document Category, Title and Date | Document ID |
|---|---|
| **A. EPA Guidance Documents, Policies, and Rulemakings** | |
| Air Plan Approval; ID; Regional Haze Plan for the Second Implementation Period, Proposed Rule, 90 Fed. Reg. 13,516 (March 24, 2025). | EPA-R09-OAR-2025-0152-0002 |
| Protection of Visibility; Amendments to Requirements for State Plans, Final Rule, 82 Fed. Reg. 3,078 (January 10, 2017). | EPA-R09-OAR-2025-0152-0002 |
| Regional Haze Regulations, Final Rule, 64 Fed. Reg. 35,714 (July 1, 1999). | EPA-R09-OAR-2025-0152-0002 |
| Protection of Visibility; Amendments to Requirements for State Plans, Proposed Rule, 81 Fed. Reg. 26,942 (May 4, 2016). | EPA-R09-OAR-2025-0152-0002 |
| Approval and Promulgation of Implementation Plans; State of Hawaii; Regional Haze Federal Implementation Plan, Final Rule, 77 Fed. Reg. 61,478 (October 9, 2012). | EPA-R09-OAR-2025-0152-0002 |
| Air Plan Approval; Hawaii; Regional Haze Progress Report, Final Rule, 84 Fed. Reg. 39,754 (August 12, 2019). | EPA-R09-OAR-2025-0152-0002 |
| Approval and Promulgation of Implementation Plans; State of Hawaii; Regional Haze Federal Implementation Plan, Proposed Rule, (77 Fed. Reg. 31,692 (May 29, 2012). | EPA-R09-OAR-2025-0152-0002 |
| EPA "Recommendations for the HALE1-HACR1 IMPROVE Monitoring Site Combination and Volcano Adjustment for Sites Representing Hawaii Class I Areas for the Regional Haze Rule," Office of Air Quality Planning and Standards (August 5, 2021). | EPA-R09-OAR-2025-0152-0002 |
| EPA Memorandum "Technical Guidance on Tracking Visibility Progress for the Second Implementation Period of the Regional Haze Program," from Richard A. Wayland, Division Director, Air Quality Assessment Division, to EPA Regional Air Division Directors (December 20, 2018). | EPA-R09-OAR-2025-0152-0002 |
| EPA Memorandum "Recommendation for the Use of Patched and Substituted Data and Clarification of Data Completeness for Tracking Visibility Progress for the Second Implementation Period of the Regional Haze Program," from Richard A. Wayland, Division Director, Air Quality Assessment Division, to EPA Regional Air Division Directors (June 3, 2020). | EPA-R09-OAR-2025-0152-0002 |

| | |
|---|---|
| Technical Support Document for EPA's Updated 2028 Regional Haze Modeling for Hawaii, Virgin Islands, and Alaska, Office of Air Quality Planning and Standards, EPA-454_R-21-007 (August 2021). | EPA-R09-OAR-2025-0152-0002 |
| Air Plan Disapproval; Colorado; Regional Haze Plan for the Second Implementation Period, Final Rule, 91 Fed. Reg. 3,048 (January 26, 2026). | EPA-R09-OAR-2025-0152-0002 |
| Air Plan Revisions; California; Heavy-Duty Vehicle Inspection and Maintenance Program, Final Rule, (Pre-Publication Version). | EPA-R09-OAR-2025-0152-0002 |
| Modeling Guidance for Demonstrating Air Quality Goals for Ozone, PM2.5, and Regional Haze, Office of Air Quality Planning and Standards, EPA 454_R-18-009 (November 2018). | EPA-R09-OAR-2025-0152-0002 |
| **B. State Plans, Submittals, Support Documents, Reports, and Correspondence** | |
| Letter from Elizabeth A. Char, Director of Health, Hawaii Department of Health, to Martha Guzman, Regional Administrator, EPA Region IX, Re: “Hawaii Regional Haze State Implementation Plan (RH-SIP) for the Second Planning Period (2018-2028)” (August 11, 2022). | EPA-R09-OAR-2025-0152-0003 |
| Letter from Kenneth S. Fink, Director of Health, Hawaii Department of Health, to Martha Guzman, Regional Administrator, EPA Region IX, Re: “Hawaii Regional Haze State Implementation Plan (RH-SIP), Revision 1, Second Planning Period (2018-2028)” (August 2, 2024). | EPA-R09-OAR-2025-0152-0003 |
| Hawaii State Department of Health “Regional Haze State Implementation Plan, Revision 1, Second Planning Period,” (August 2, 2024). | EPA-R09-OAR-2025-0152-0003 |
| Appendix A to the 2024 Hawaii Regional Haze Plan: 2018 Kilauea Volcanic Event – Eruption Summary. | EPA-R09-OAR-2025-0152-0003 |
| Appendix B to the 2024 Hawaii Regional Haze Plan: Notifications to Provide Four-Factor Analysis, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix C to the 2024 Hawaii Regional Haze Plan: 2015 – 2019 Wind Rose Plots from Oahu, Molokai, and Maui Island. | EPA-R09-OAR-2025-0152-0003 |
| Appendix D to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Kalaeloa Partners, L.P., August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix E to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Hawaiian Electric Company, Inc. Kahe Generating Station, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |

| | |
|---|---|
| Appendix F to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Hawaiian Electric Company, Inc. Waiau Generating Station, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix G to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Hawaii Electric Light Company, Inc. Kanoelehua-Hill Generating Station, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix H to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Hawaii Electric Light Company, Inc. Puna Generating Station, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix I to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Maui Electric Light Company, Ltd. Kahului Generating Station, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix J to the 2024 Hawaii Regional Haze Plan: Regional Haze Four-Factor Analysis, Maui Electric Light Company, Ltd. Maalaea Generating Station, August 12, 2022, RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix K to the 2024 Hawaii Regional Haze Plan: Regional Haze Control Measures Selected, August 12, 2022, RH-SIP Submittal and 2024 RH-SIP Submittal. | EPA-R09-OAR-2025-0152-0003 |
| Appendix L to the 2024 Hawaii Regional Haze Plan: Renewable Portfolio Standards (HRS §269-92) and Energy-Efficiency Portfolio Standards (HRS §269-96). | EPA-R09-OAR-2025-0152-0003 |
| Appendix M to the 2024 Hawaii Regional Haze Plan: PUC's Report to the 2019 Hawaii State's Legislature on RPS. | EPA-R09-OAR-2025-0152-0003 |
| Appendix N to the 2024 Hawaii Regional Haze Plan: PUC's Report to the 2019 Hawaii State's Legislature on EEPS. | EPA-R09-OAR-2025-0152-0003 |
| Appendix O to the 2024 Hawaii Regional Haze Plan: Fugitive Dust and Open Burning. | EPA-R09-OAR-2025-0152-0003 |
| Appendix P to the 2024 Hawaii Regional Haze Plan: Regional Haze Consultation, Draft Permits, Draft Permit Application Reviews, and Draft Technical Support Documents. | EPA-R09-OAR-2025-0152-0003 |
| Appendix Q to the 2024 Hawaii Regional Haze Plan: Demonstration Showing Historical Emissions are Less Than the PTE. | EPA-R09-OAR-2025-0152-0003 |
| Appendix R to the 2024 Hawaii Regional Haze Plan: Price on Carbon News Release by the Commission on November 28, 2018. | EPA-R09-OAR-2025-0152-0003 |
| Appendix S to the 2024 Hawaii Regional Haze Plan: Bicycling and Walking SB574 and SB1402. | EPA-R09-OAR-2025-0152-0003 |
| Appendix T to the 2024 Hawaii Regional Haze Plan: Income Taxation of | EPA-R09-OAR- |

| | | |
|---|---|---|
| | Nonresidents Working Remotely. | 2025-0152-0003 |
| | Appendix U to the 2024 Hawaii Regional Haze Plan: Teleworking HB567, SB1252, and HB936. | EPA-R09-OAR-2025-0152-0003 |
| | Appendix V to the 2024 Hawaii Regional Haze Plan: Regional Haze Adjusted Reasonable Progress Goals. | EPA-R09-OAR-2025-0152-0003 |
| | Appendix W to the 2024 Hawaii Regional Haze Plan: Public Notices of Draft RH-SIP, Draft RH-SIP, Revision 1, and Associated Draft Permit Amendments. | EPA-R09-OAR-2025-0152-0003 |
| | Appendix X to the 2024 Hawaii Regional Haze Plan: Public Comments Received with DOH-CAB Responses and Final Permit Amendments, August 12, 2022 RH-SIP Submittal, 2024 RH-SIP, Revision 1 Submittal. | EPA-R09-OAR-2025-0152-0003 |
| | Appendix Y to the 2024 Hawaii Regional Haze Plan: Legal Authority. | EPA-R09-OAR-2025-0152-0003 |
| | Letter from Virginia Pressler, Director of Health, Hawaii Department of Health, to Alexis Strauss, Acting Regional Administrator, EPA Region IX, Re: "Revision to Regional Haze Federal Implementation Plan (RH-FIP), Hawaii's 5-Year Regional Haze Progress Report (October 20, 2017). | EPA-R09-OAR-2025-0152-0003 |
| **C.** | **Additional Documents for Proposed Rulemaking** | |
| | Regulations.gov Docket ID: EPA-HQ-OAR-2015-0635 "Responses to Comments on Protection of Visibility: Amendments to Requirements for State Plans; Proposed Rule (81 FR 26942, May 4, 2016)," (December 2016). | EPA-R09-OAR-2025-0152-0004 |
| | Hawaiian Electric "Integrated Grid Plan" Final Report (May 2023). | EPA-R09-OAR-2025-0152-0004 |
| | Letter from Karin Kimura, Director, Environmental Division, Hawaiian Electric, to Josh F.W. Cook, Regional Administrator, EPA Region IX, Re: "Hawaii Regional Haze SIP for the Second Planning Period" (August 29, 2025). | EPA-R09-OAR-2025-0152-0004 |
| | Annotated EPA Calculation of Hawaii Reasonable Progress Goals from Appendix V to the 2024 Hawaii Regional Haze Plan. | EPA-R09-OAR-2025-0152-0004 |
| **D.** | **Notice of Proposed Rulemaking** | |
| | Partial Approval and Partial Disapproval of Air Quality Implementation Plans; Hawaii; Regional Haze State Implementation Plan for the Second Implementation Period, Proposed Rule, 91 Fed. Reg. 7,204 (February 17, 2026). | EPA-R09-OAR-2025-0152-0001 |
| **E.** | **Public Comments and Related Documents** | |
| | Comment submitted by Anonymous. | EPA-R09-OAR- |

| | |
|---|---|
| | 2025-0152-0007 |
| Comment submitted by Anonymous. | EPA-R09-OAR-2025-0152-0008 |
| Comment submitted by Anonymous. | EPA-R09-OAR-2025-0152-0009 |
| Comment submitted by James Scarborough. | EPA-R09-OAR-2025-0152-0010 |
| Comment submitted by Anonymous. | EPA-R09-OAR-2025-0152-0011 |
| Comment submitted by Jordan Jackson. | EPA-R09-OAR-2025-0152-0012 |
| Comment submitted by MANEVU. | EPA-R09-OAR-2025-0152-0013 |
| Comment submitted by National Parks Conservation Association *et al.*, including exhibits: | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 1: Victoria Stamper, Comments on the EPA's February 17, 2026 Proposed Act on the State of Hawaii's Regional Haze Plan for the Second Implementation Period Regarding Three Facilities: The Kanoelehua-Hill Generating Station, the Kahului Generating Station, and the Maalaea Generating Station (Apr. 16, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 1a: Worksheets for Cost Effectiveness Calculations. | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 2: Rebecca Latson, *Invasive Species and Endangered Endemics at Haleakala National Park*, NAT'L PARKS TRAVELER (July 14, 2025, 8:05 AM). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 3: National Park Service, *Hawai'i Volcanoes National Park: Hawai'i* (last visited Mar. 4, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 4: National Park Service, 2024 National Park Visitor Spending Effects (Sept. 2025). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 5: Bureau of Econ. Analysis, Outdoor Recreation Satellite Account (ORSA): 2023—Hawai'i (2024). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 6: David Keiser et al., *Air Pollution and Visitation at U.S. National Parks*, 4 SCI. ADVANCES 3-6 (July 18, 2018). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 7: EPA, *Health Effects of Ozone Pollution* (last updated Feb. 24, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 8: EPA, *Basic Information About NO2* (last updated July 10, 2025). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 9: EPA, *Health and Environmental Effects of Particulate* | EPA-R09-OAR- |

| | |
|---|---|
| *Matter (PM)* (last updated May 23, 2025). | 2025-0152-0014 |
| Exhibit 10: EPA, *Sulfur Dioxide Basics* (last updated Jan. 2, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 11: NPCA, Polluted Parks: How Air Pollution and Climate Change Continue to Harm America's National Parks (2024). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 12: EPA, *Ecosystem Effects of Ozone Pollution* (last updated Sept. 30, 2025). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 13: Hawaiian Elec. Co., Inc., Adequacy of Supply Report (Jan. 30, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 14: Hawaiian Elec. Light Co., Inc., Adequacy of Supply Report (Jan. 30, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 15: Maui Elec. Co., Ltd., Adequacy of Supply Report (Jan. 30, 2026). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 16: *In re Pub. Utils. Comm'n*, Dkt. No. 2021-0024, Order No. 37624 (Feb. 11, 2021). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 17: *In re Pub. Utils. Comm'n*, Dkt. No. 2014-0183, Hawaiian Electric Companies' PSIPs Update Report (Dec. 23, 2016). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 18: Hawaiian Elec., Integrated Grid Plan: Action Plan Annual Update (2025). | EPA-R09-OAR-2025-0152-0014 |
| Exhibit 19: *In re Pub. Utils. Comm'n*, Dkt. No. 2018–0165, Order No. 41022 (Sept. 6, 2024). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 20: *In re Hawaiian Elec. Co., Inc., et al.*, Dkt. No. 2024-0199, Decision & Order No. 41909 (Sept. 2, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 21: EPA, Guidance for Setting Reasonable Progress Goals Under the Regional Haze Program (June 1, 2007). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 22: Memorandum from Peter Tsirigotis, Dir., EPA, to Reg'l Air Dirs., Regions 1-10 (Aug. 20, 2019). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 23: EPA, Comments on Draft Colorado Revised Regional Haze State Implementation Plan for the Second Implementation Period (Nov. 2, 2021), Docket No. EPA-R08-OAR-2024-0607-0011_attachment_16. | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 24: Letter from Cyrus Western, Region 8 Reg'l Admin., U.S. Env't Prot. Agency, to Todd Parfitt, Dir., Wy. Dep't of Env't Quality (Apr. 30, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 25: Letter from Cyrus Western, Region 8 Reg'l Admin., U.S. Env't Prot. Agency, to Emily Schilling, Partner, Holland and Hart, LLP (Apr. 30, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 26: Memorandum from Peter Tsirigotis, Director, EPA, to Regional Air Directors, Regions 1-10 (July 8, 2021). | EPA-R09-OAR-2025-0152-0015 |

| | |
|---|---|
| Exhibit 27: Press Release, EPA, EPA Launches Biggest Deregulatory Action in U.S. History (Mar. 12, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 28: Letter from Joshua Cook, Region 9 Reg'l Admin., U.S. EPA, to George A. Tsiolis, Att'y at Law (July 15, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 29: Letter from Joshua Cook, Region 9 Reg'l Admin., U.S. EPA, to Aaron M. Flynn, Partner, McGuireWoods LLP (July 15, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 30: Or. Dep't Env't Quality, Oregon Regional Haze State Implementation Plan for the Period 2018-2028 (Aug. 27, 2021). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 31: In the Matter of Proposed Revisions to Regulation Number 23, Colo. Dep't Pub. Health & Env't, Air Pollution Control Div., Prehearing Statement (Oct. 7, 2021). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 32: Nevada Division of Environmental Protection, Nevada Regional Haze State Implementation Plan for the Second Planning Period (Aug. 2022). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 33: N.M. Env't Dep't, Air Quality Bureau, State of New Mexico Regional Haze State Implementation Plan Revision, Second Planning Period (2019 – 2028) (Feb. 24, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 34: Haw. Dep't of Health, Regional Haze Progress Report for Second Planning Period State Implementation Plan (Jan. 7, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 35: Hawai'i Anthropogenic Contributions.xlsx. | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 36: Letter from Cyrus Western, Reg'l Admin., U.S. Env't Prot. Agency Region 8, to Margaret Olson, Sr. Staff Counsel, Basin Elec. Power Coop. (Apr. 30, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Exhibit 37: Letter from Cyrus Western, Regional Administrator, EPA Region 8, to L. David Glatt, Dir., N.D. Dep't of Env't Quality (Apr. 30, 2025). | EPA-R09-OAR-2025-0152-0015 |
| Comment submitted by CARB, OR DEQ, CDPHE. | EPA-R09-OAR-2025-0152-0016 |
| Comment submitted by Coalition to Protect America's National Parks. | EPA-R09-OAR-2025-0152-0017 |
| Comment submitted by Hawaii Department of Health Clean Air Branch, including attachments: | EPA-R09-OAR-2025-0152-0018 |
| Attachment A: History of Events. | EPA-R09-OAR-2025-0152-0018 |
| Attachment B: EPA Regional Haze Guidance. | EPA-R09-OAR-2025-0152-0018 |
| Attachment C: Communications with Hawaiian Electric on May 27, | EPA-R09-OAR- |

| | |
|---|---|
| 2021 | 2025-0152-0018 |
| Attachment D: DOH-CAB Response Letter, November 9, 2021. | EPA-R09-OAR-2025-0152-0018 |
| Attachment E: EPA 2019 RHR SIP Guidance for Second Planning Period. | EPA-R09-OAR-2025-0152-0018 |
| Attachment F: Hawaiian Electric Letter on December 2, 2022. | EPA-R09-OAR-2025-0152-0018 |
| Attachment G: Revised Cost Tables for Regional Haze Maalaea Generating Station on January 20, 2023. | EPA-R09-OAR-2025-0152-0018 |
| Attachment H: Revised Cost Tables For Maalaea Generating Station on March 6, 2023. | EPA-R09-OAR-2025-0152-0018 |
| Attachment I: Hawaiian Electric Regional Haze Rule Extension of Shutdown Dates on October 7, 2024. | EPA-R09-OAR-2025-0152-0018 |
| Attachment J: CAB Response To Request For Extending Boiler Shutdown Dates on November 18, 2024. | EPA-R09-OAR-2025-0152-0018 |
| Attachment K: Hawaiian Electric Letter for Regional Haze Reconsideration Request on June 10, 2025. | EPA-R09-OAR-2025-0152-0018 |
| Attachment L: Regional Haze Developments, Hawaiian Electric Presentation on June 27, 2025. | EPA-R09-OAR-2025-0152-0018 |
| Attachment M: Hawaiian Electric Follow-Up Email and Presentation for Regional Haze Reconsideration Meeting with Hawaiʻi Department of Health on June 27, 2025. | EPA-R09-OAR-2025-0152-0018 |
| Attachment N: Hawaiian Electric Presentation for Regional Haze Reconsideration Request on August 25, 2025. | EPA-R09-OAR-2025-0152-0018 |
| Attachment O: Hawaiian Electric Letter and Supplemental Information Sent to EPA, Letter Dated August 29, 2025. | EPA-R09-OAR-2025-0152-0018 |
| Attachment P: DCCA Release: As Iran conflict pushes up oil prices, electric bill will be higher in coming months, April 3, 2026. | EPA-R09-OAR-2025-0152-0018 |
| Attachment Q: MECO – Kahului Power Plant Property Assessment by the Maui County Tax Assessor's Office. | EPA-R09-OAR-2025-0152-0018 |
| Attachment R: HELCO – Kanoelehua Hill Generating Station Property Assessment by the County of Hawaiʻi Real Property Tax Office. | EPA-R09-OAR-2025-0152-0018 |
| Attachment S: MECO – Maalaea Generating Station Property Assessment by the Maui County Tax Assessor's Office. | EPA-R09-OAR-2025-0152-0018 |
| Comment submitted by Hawaiian Electric. | EPA-R09-OAR-2025-0152-0019 |

| **F. Additional Documents Considered for Final Action** | |
|---|---|
| Guidance on Regional Haze State Implementation Plans for the Second Implementation Period. *https://www.epa.gov/visibility/guidance-regional-haze-state-implementation-plans-second-implementation-period*. The EPA Office of Air Quality Planning and Standards, Research Triangle Park (August 20, 2019). | EPA-R09-OAR-2025-0152-0021 |
| Air Plan Approval; Tennessee; Second Planning Period Regional Haze Plan, Final Rule, Final Rule, 90 Fed. Reg. 40,272 (August 19, 2025). | EPA-R09-OAR-2025-0152-0021 |
| Approval and Promulgation of Air Quality Implementation Plans; Oklahoma; Regional Haze State Implementation Plan for the Second Implementation Period, Proposed Rule, 91 Fed. Reg. 6,581, February 12, 2026). | EPA-R09-OAR-2025-0152-0021 |
| Memorandum from Aaron Szabo, EPA Assistant Administrator for Air, Subject: "Update to Guidance on Regional Haze State Implementation Plans for the Second Implementation Period" (February 19, 2026). | EPA-R09-OAR-2025-0152-0021 |
| **G. Response to Comments and Final Rule** | |
| Response to Comments: Partial Approval and Partial Disapproval of Air Quality Plans; Hawaii, Regional Haze State Implementation Plan for the Second Implementation Period, Docket ID: EPA-R09-OAR-2025-0152 (May 2026). | EPA-R09-OAR-2025-0152-0022 |
| Partial Approval and Partial Disapproval of Air Quality Implementation Plans; Hawaii; Regional Haze State Implementation Plan for the Second Implementation Period, Final Rule, 91 Fed. Reg. 31,941 (May 29, 2026). | EPA-R09-OAR-2025-0152-0022 |